# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DARIUS CHAMBERS,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 04-0761-BH-C** |
| **JERRY L. FERRELL,** | : |
|     **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 5th day of May, 2005.

                                                             s/ W. B. Hand
                                                           SENIOR DISTRICT JUDGE